UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-20295 Becerra

UNITED STATES OF AMERICA
    Plaintiff,
v.

LUIS ANDRES ZUNIAGA,
    Defendant,
_____/

## **LUIS ANDRES ZUNIAGA'S WAIVER OF RIGHT TO SPEEDY TRIAL**

LUIS ANDRES ZUNIAGA, by and through his undersigned Counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161. Counsel and Defendant acknowledge and certify that LUIS ANDRES ZUNIAGA, hereby waives his rights to a speedy trial to a time beyond the time limits and exclusions set forth is said "Speedy Trial Act".

                      Respectfully submitted,

                      /j/ Joseph A. Chambrot
                      JOSEPH A. CHAMBROT, ESQ.
                      Attorney for Defendant
                      1885 NW North River Drive
                      Miami, Florida  33125
                      (305)  547-2101
                      joseph@chambrotlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21th day of January, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Joseph A. Chambrot