UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-20295 Becerra

UNITED STATES OF AMERICA
    Plaintiff,
v.

LUIS ANDRES ZUNIAGA,
    Defendant,
_____/

## LUIS ANDRES ZUNIAGA'S WAIVER OF RIGHT TO SPEEDY TRIAL

LUIS ANDRES ZUNIAGA, by and through his undersigned Counsel, hereby gives Notice to the Court that he has discussed with counsel his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161. Counsel and Defendant acknowledge and certify that LUIS ANDRES ZUNIAGA, hereby waives his rights to a speedy trial to a time beyond the time limits and exclusions set forth is said "Speedy Trial Act".

    Respectfully submitted,

    /j/ Joseph A. Chambrot
    JOSEPH A. CHAMBROT, ESQ.
    Attorney for Defendant
    1885 NW North River Drive
    Miami, Florida  33125
    (305)  547-2101
    joseph@chambrotlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Joseph A. Chambrot