# COURT MINUTES
## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5                    Date: 09/25/2025   Time: 3:30 P.M.

Defendant: Luis Andres Zuniga     J#: 12525-506   Case #: 24-CR-20295-BECERRA
AUSA: Yvonne Rodriguez-Schack     Attorney: Joseph Abraham Chambrot-CJA
Violation: Conspiracy to Possess w/ Intent to Distribute; Possession w/ Intent to Distribute
Proceeding: Change of Plea          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: STIP- $250K CSB W/ Nebbia W/Right to revisit.   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
**Brady Order Given 07/08/24**
Defendant sworn.
PSR Ordered.
Defendant shall remain in custody.
R&R to follow.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 15:12:25                              Time in Court: 33 Mins